Cooperative, LLC, Parker Hannifin Corporation, Visa U. S. A. Inc. et al., American Petroleum Institute, Washington Legal Foundation, and Verizon Communications Inc.

No. 04–1067. GEORGIA v. RANDOLPH. Sup. Ct. Ga. [Certiorari granted, 544 U. S. 973.] Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 04–1203. UNITED STATES v. GEORGIA ET AL.; and
No. 04–1236. GOODMAN v. GEORGIA ET AL. C. A. 11th Cir. [Certiorari granted, 544 U. S. 1031.] Motion of the Solicitor General for divided argument granted.

No. 04–1615. VINES ET AL. v. UNIVERSITY OF LOUISIANA AT MONROE ET AL. C. A. 5th Cir.;
No. 04–1657. CRUZ, AS REPRESENTATIVE OF CRUZ v. BLUE CROSS AND BLUE SHIELD OF ILLINOIS ET AL. C. A. 7th Cir.;
No. 05–18. ARLINGTON CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION v. MURPHY ET VIR. C. A. 2d Cir.; and
No. 05–200. EMPIRE HEALTHCHOICE ASSURANCE, INC., DBA EMPIRE BLUE CROSS BLUE SHIELD v. MCVEIGH, ADMINISTRATRIX OF THE ESTATE OF MCVEIGH. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 04–8384. DYE v. HOFBAUER, WARDEN, *ante*, p. 1. Motion of Prison Legal Services of Michigan, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 05–6256. IN RE QUEEN; and
No. 05–6370. IN RE MOORE. Petitions for writs of habeas corpus denied.

No. 05–165. IN RE KANON'SES:NEH. Petition for writ of mandamus and/or prohibition denied.

No. 04–1034. RAPANOS ET AL. v. UNITED STATES; and
No. 04–1384. CARABELL ET AL. v. UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 6th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral ar-